ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov

*Attorneys for Defendant Christopher Edwards*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON K. DANIELS,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTOPHER EDWARDS, et al.,<br><br>                Defendant. | Case No. 3:16-cv-00419-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Aaron K. Daniels, appearing *pro se*, and Defendant, Christopher Edwards, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed ***with prejudice*** by order of this Court.

///
///
///
///
///
///
///
///

1

|     |     |     |
| --- | --- | --- |
| 1   | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. | |

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 23rd day of January, 2018.  DATED this 2nd day of ~~January~~ February, 2018.

ADAM PAUL LAXALT
Attorney General

By: *Aaron K. Daniels*  By: *[signature]*
AARON K. DANIELS    GERRI LYNN HARDCASTLE
*Plaintiff, Pro Se*    Deputy Attorney General
      Bureau of Litigation
      Public Safety Division
      *Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 4th day of ~~January~~ February, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of February, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

AARON DANIELS #83286
ELY STATE PRISON
P O BOX 1989
ELY NV 89301

*Mackenzie Hodges*
An employee of the
Office of the Attorney General